IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-139-MOC-DCK

| | |
|---|---|
| TERRI SPRIGGS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FLOWERS BAKING CO. OF NEWTON, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Discovery And Other Deadlines For The Purpose Of Settlement Discussions" (Document No. 11) filed March 27, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Discovery And Other Deadlines For The Purpose Of Settlement Discussions" (Document No. 11) is **GRANTED**. The discovery and other deadlines are **STAYED** up to and including **April 17, 2019**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice of Settlement, or in the alternative, a Status Report proposing revised case deadlines on or before **April 24, 2019**.

Signed: March 28, 2019

David C. Keesler
United States Magistrate Judge